CECELIA LOUISE MCDONALD, an Infant, by WILLIAM MCDONALD, Her Guardian ad Litem, Respondent, v. CENTRAL SCHOOL DISTRICT No. 3 OF THE TOWNS OF ROMULUS, VARICK and FAYETTE, SENECA COUNTY, and JOHN HICKS, Appellants.— Judgment and order affirmed, with costs. All concur, except Crosby, P. J., and Taylor, J., who dissent and vote for reversal and for dismissal of the complaint on the ground that no negligence of either defendant is shown. (The judgment is for plaintiff in an action for personal injuries sustained by reason of her having been struck by an automobile after she had alighted from a school bus. The order denies a motion for a new trial.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ. [179 Misc. 333. Affd., 289 N. Y. 800.]

In the Matter of MATILDA EDLUND, an Incompetent Person.— Orders affirmed, with ten dollars costs and disbursements. All concur. (The orders direct the payment of allowances for attorney's fees in an incompetency proceeding.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ROOT NEAL & COMPANY, Respondent, v. EDWARD J. CREADON and MARY C. MALONE, Doing Business under the Assumed Name and Style of P. W. GRAHAM CONTRACTING Co., and Others, Appellants, and BUFFALO SEWER AUTHORITY and THE CITY OF BUFFALO, Respondents.— Judgment affirmed, with costs. All concur. (The judgment awards plaintiff judgment against the appealing defendants and dismisses their cross-complaint against defendants Buffalo Sewer Authority and the City of Buffalo, in an action for property damage resulting by reason of negligence in construction work.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

COMMERCIAL CREDIT CORPORATION, Appellant, v. ALFRED DIBELLA, Respondent.— Judgment and order affirmed, with costs. All concur. (The judgment affirms a judgment of Syracuse Municipal Court in favor of defendant, in an action in replevin. The order is the order of affirmance.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

CHESTER PETER RAPP, Appellant, v. SECURITY TRUST COMPANY OF ROCHESTER, N. Y., as Executor, etc., of PETER RAPP, and Others, Respondents.— Judgment and orders affirmed, with costs. All concur, except Harris, J., who dissents and votes for reversal and for granting a new trial on the ground that the words " share and share alike " and " share equally with the other children " may be interpreted as meaning the taking of an equal part in value and not an estate in common of real and personal property. (The judgment dismisses plaintiff's complaint in an action for breach of contract. The orders are the order and resettled order of dismissal.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

ROSE BOSLOV, Respondent, v. MORRIS BOSLOV, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies defendant's motion to vacate a judgment of separation in favor of plaintiff and awards her alimony.) Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.